## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT STATE CONFERENCE | : | No. 3:20-cv-00909-JBA |
| OF NAACP BRANCHES, ET AL. | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| DENISE MERRILL | : | |
| *Defendant*. | : | July 23, 2020 |

### Defendant's Motion for Extension of Time

Pursuant to Local Rule 7(b), the Defendant, Secretary of the State Denise Merrill ("Defendant"), hereby respectfully requests a thirty-day extension of time in which to respond to the Complaint, up to and including August 29, 2020.  This is Defendant's first request to extend this deadline.  Counsel for Plaintiffs, Attorney Dan Barrett, consents to this motion.  In support of this motion Defendant represents as follows:

1.    Defendant was served on July 9, 2020.  Her response to the Complaint is therefore currently due by July 30, 2020.

2.    The Complaint is 41 pages long, contains 96 paragraphs of allegations, and raises extremely important claims about whether an unfettered right to vote by absentee ballot is constitutionally required during the pandemic under the First and Fourteenth Amendments to the United States constitution and by Section 2 of the Voting Rights Act.  These important claims will require significant research and analysis.

3.     In addition to the time that will be necessary to review, research and respond to Plaintiffs Complaint, on July 17, 2020, the Governor of the State of Connecticut called for a special session of the General Assembly to "enact legislation to (a) temporarily expand absentee balloting for the August 2020 primary and November 2020 general election in response to the COVID-19 pandemic so that voters may lawfully cast absentee ballots because of the sickness of COVID-19 . . . ."[1]   Such legislation, if adopted, could address the very issue that Plaintiffs' complain about and provide them with the same relief they are seeking from this Court, thereby mooting their claims.   An extension of time to respond to the Complaint is appropriate because it will allow the Parties to see whether and what legislation the General Assembly may enact on this issue, and thereby reduce the possibility of unnecessary or additional motion practice.

4.     In addition to all of this, the undersigned also is counsel in a number of other matters related to the COVID-19 pandemic, including *Fay v. Merrill*, SC 20477 (Conn.), *Fay v. Merrill*, No. HHD-CV20-6130532-S (Conn. Super.), *Roxy v. Lamont*, No. HHD-CV20-6128585-S (Conn. Super.), *Rapini v. Merrill*, NO. HHB-CV20-6060234-S (Conn. Super.), and *Connecticut State Conference of NAACP Branches v. Merrill*, No. 3:20-cv-00909-JBA (D. Conn.).   The *Fay* matters—in which the Secretary of the State is defending the expanded absentee voting that the Governor authorized through Executive Order 7QQ for the August primaries, which is the same expanded absentee voting that Plaintiffs in this case seek for the

---

[1]     *See*   https://portal.ct.gov/-/media/Office-of-the-Governor/News/20200717-Call-of-July-2020-Special-Session.pdf (last visited July 23, 2020).

November general election—are being heard on an expedited basis in the Superior and Supreme Courts.

4.      Due to the press of these and other matters, the undersigned requires additional time in which to respond to the Complaint in this case.  The additional time will not prejudice the Court, the Parties or the continued progression of this case.

5.      This is Defendant's first request for an extension of time.

6.      Plaintiffs consent to this request.

WHEREFORE, Defendant respectfully requests that the Court extend the time for her to respond to the Complaint by thirty days, up to and including August 29, 2020.

Respectfully Submitted,

DEFENDANT DENISE MERRILL

WILLIAM TONG
ATTORNEY GENERAL

BY: */s/ Michael K. Skold*
Michael K. Skold (ct28407)
Maura Murphy Osborne (ct19987)
Assistant Attorneys General
165 Capitol Ave., 5th Floor
Hartford, CT  06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Michael.skold@ct.gov
Maura.murphyosborne@ct.gov

## **CERTIFICATION**

I hereby certify that on July 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael K. Skold*
Michael K. Skold
Assistant Attorney General