## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT CONFERENCE OF NAACP BRANCHES, LEAGUE OF WOMEN VOTERS OF CONNECTICUT, and GLORIA FRANCESCONI<br>*Plaintiffs,* | : : : : : : | CIVIL ACTION NO.  3:20-CV-00909(JBA) |
| v. | : : | |
| DENISE W. MERRILL, in her Official Capacity as SECRETARY OF THE STATE OF CONNECTICUT<br>*Defendant* | : : : : | JULY 23, 2020 |

## **APPEARANCE**

### **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the Defendant in her official capacity, in the above-captioned case.

Dated at Hartford, Connecticut, this 23rd day of July, 2020.

                DEFENDANT

                DENISE MERRILL, SECRETARY OF
                THE STATE OF CONNECTICUT

                WILLIAM TONG
                ATTORNEY GENERAL

BY: */s/ Alma Rose Nunley*
    Alma Rose Nunley
    Assistant Attorney General
    Federal Bar No. ct30610
    165 Capitol Avenue, 5th Floor
    Hartford, CT  06106
    Tel: (860) 808-5020
    Fax: (860) 808-5347
    Email: Alma.Nunley@ct.gov

2

## **CERTIFICATION**

I hereby certify that on July 23rd, 2020, a copy of the foregoing appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>                                           */s/ Alma Rose Nunley*____
>                                           Alma Rose Nunley
>                                           Assistant Attorney General
>                                           Federal Bar No. ct30610
>                                           165 Capitol Avenue, 5th Floor
>                                           Hartford, CT  06106
>                                           Tel: (860) 808-5020
>                                           Fax: (860) 808-5347
>                                           Email: Alma.Nunley@ct.gov