United States District Court
for the District of Connecticut

| | |
|---|---|
| CONNECTICUT STATE CONFERENCE OF NAACP BRANCHES, LEAGUE OF WOMEN VOTERS OF CONNECTICUT, and GLORIA FRANCESCONI,<br><br>    Plaintiffs,<br><br>    v.<br><br>DENISE W. MERRILL, in her official capacity as Secretary of the State of Connecticut,<br><br>    Defendant. | Case No. 20-cv-909<br><br>September 25, 2020 |

**Notice of Dismissal**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiffs dismiss this action.

/s/ Dan Barrett
Dan Barrett (ct29816)
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
 (860) 471-8471
e-filings@acluct.org

*Counsel for Plaintiffs*